UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 6:05CR30 |
| GARY A. MATTHEWS, | ) | |
| Defendant. | ) | |

## O R D E R

This case is before the Court for a preliminary hearing pursuant to Rule 32.1, Fed. R. Crim. P., to determine whether there is probable cause to hold the defendant for a revocation hearing. Based on the stipulation by the defendant, the Court finds that there is probable cause to believe that the defendant has violated conditions of his supervised release and, therefore, that he should be held for a revocation hearing before the Court holding jurisdiction over this matter.

Based on the evidence presented at the hearing, the Court finds that the probationer is likely to flee or pose a danger to the community if released pending further proceedings. Fed. R. Crim. P. 46(c); 18 U.S.C. 3143. IT IS HEREBY ORDERED that the defendant be held in custody pending the revocation hearing.

**SO ORDERED** this 8th day of January, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA